IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                      CASE NO. 4:04-CR-018-SPM

ZACCHEUS WIGGINS,

    Defendant.
_____/

## **ORDER DENYING MOTION TO MODIFY UNDER 18 U.S.C. § 3582**

This cause comes before the Court on Defendant's motion (doc. 108) to modify sentence under the retroactive crack cocaine amendment (Amendment 750) and 18 U.S.C. § 3582(c). The Government filed a response in opposition (doc. 109).

Upon review, the Court finds that Defendant is not entitled to a sentence reduction because application of the guideline amendment results in no change to his sentencing range. Defendant was subject to a statutory mandatory minimum sentence, which also determined his sentencing range. Because Defendant's sentencing range remains the same under the amended guidelines, he is not eligible for a sentence reduction. See United States v. Williams, 549 F.3d 1337 (11th Cir. 2008). Accordingly, it is

ORDERED AND ADJUDGED that Defendant's motion to modify sentence

(doc. 108) is denied.

DONE AND ORDERED this 29th day of December, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

CASE NO.: 4:04cr18-SPM